UST-32, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ  85064
(602) 283-4468

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ORTIZ, LUIS MANUEL | ) | CASE NO. 08-11827-PHX-CGC |
| ORTIZ, VICTORIA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 301 | 12/14/2010 | LUIS MANUEL ORTIZ<br>VICTORIA ORTIZ<br>20394 N. 273RD AVENUE<br>BUCKEYE, AZ  85396 | $1609.28 |

May 3, 2011                                                        /s/
    DATE                                                       BRIAN J. MULLEN